Robert Lee JENKINS, a/k/a Robert L.
Jenkins, Plaintiff–Appellant,

v.

SOUTH CAROLINA DEPARTMENT
OF CORRECTIONS; Gregory Know-
lin, Warden, Turbeville Correctional
Institution; Sherri Scott, Sergeant
TCI; Nurse Garrett, TCI; Angela R.
Brown, Hearing Officer, TCI, Defen-
dants–Appellees.

No. 11–6039.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2011.

Decided: March 9, 2011.

Robert Lee Jenkins, Appellant Pro Se.
James M. Davis, Jr., Davidson & Linde-
mann, PA, Columbia, South Carolina, for
Appellee.

Before TRAXLER, Chief Judge, and
KING and DIAZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert Lee Jenkins, a state prisoner,
appeals the district court's order adopting
the recommendation of the magistrate
judge and denying relief on his 42 U.S.C.
§ 1983 (2006) complaint. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Jenkins
v. South Carolina Dep't of Corr.,* No. 8:09–
cv–03293–RMG, 2010 WL 5418903 (D.S.C.
Dec. 23, 2010). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*